## P. H. Billeter, Appellee, v. Halsam Products Company, Appellant.

**Gen. No. 41,773.**

opinion filed January 19, 1942. Hurford & Feigenholtz, for appellant; Harold L. Feigenholtz and Eugene A. Busch, of counsel; Fyffe & Clarke, for appellee; John Harrington and Albert J. Smith, of counsel. Opinion by Justice Matchett. "Not to be published in full."